UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| MARCELL MASEMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RUBY TUESDAY, INC., JAMES F. HYATT, II, STEPHEN I. SADOVE MARK W. ADDICKS, F. LANE CARDWELL, JR., KEVIN T. CLAYTON, DONALD E. HESS, BERNARD LANIGAN, JR. and JEFFREY J. O'NEILL,<br><br>Defendants. | Case No. **3:17-cv-00478**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action against Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

December 18, 2017

Respectfully submitted,

**BRANSTETTER, STRANCH
& JENNINGS, PLLC**

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (TN # 23045)
THE FREEDOM CENTER
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37202
(615) 254-8801
gerards@bsjfirm.com

*Attorneys for Plaintiff Marcell Maseman*

Juan Monteverde (admitted *pro hac vice*)
Miles Schreiner (admitted *pro hac vice*)
**MONTEVERDE & ASSOCIATES PC**
350 Fifth Avenue, Suite 4405
New York, NY 10118
(212) 971-1341

*Attorneys for Plaintiff Marcell Maseman*

**SO ORDERED:**

Dated: _____

_____
JUDGE HARRY S. MATTICE, JR.

2
Case 3:17-cv-00478-HSM-CCS   Document 33   Filed 12/18/17   Page 2 of 3   PageID #: 217

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 18, 2017, a true and exact copy of the foregoing pleading has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (TN # 23045)

3

Case 3:17-cv-00478-HSM-CCS   Document 33   Filed 12/18/17   Page 3 of 3   PageID #: 218